■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD REDCROSS, Appellant. [622 NYS2d 467] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered December 14, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., O'Brien, Thompson, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL RIOS, Appellant. [622 NYS2d 466] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered April 29, 1993, convicting him of criminal sale of a controlled substance in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his plea of guilty without conducting a hearing. The defendant's unsupported conclusory allegations of innocence did not warrant the vacatur of his plea of guilty. Furthermore, the record reveals that the defendant knowingly, intelligently, and voluntarily pleaded guilty.

The defendant received the effective assistance of counsel.

We have considered the defendant's remaining contentions and find them to be without merit *(see,* CPL 220.60 [3]; *People v Ladelokun,* 192 AD2d 723). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.